DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYPRIANNE ROOKWOOD,**
Appellant,

v.

**HANIF K. BARNES,**
Appellee.

No. 4D17-2326

[April 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. FMCE 11-010002 (42/98).

Robin F. Hazel of Hazel Law, P.A., Pembroke Pines, for appellant.

Victor H. Waite of Law Office of Victor H. Waite, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***